IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNIVERSAL UNDERWRITERS SERVICE CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BART REAGOR and ANNETTE REAGOR, | ) ) |
| Defendants. | )   Civil Action No. 5:19-CV-055-C |

## ORDER

Due to the logistical issues presented by COVID-19, the Court hereby **ORDERS** that the trial setting in the above-styled and -numbered civil action of October 5, 2020, be **VACATED** and this proceeding be **STAYED** pending further Order of the Court.

SO ORDERED this 14th day of September, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE